UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| RICHARD KULICK, | : | No: 1:20-cv-3582 (MKV) |
| | : | |
| Plaintiff, | : | |
| | : | |
| against | : | |
| | : | **NOTICE OF MOTION** |
| GAMMA REAL ESTATE LLC, GRE JV SLP | : | |
| LLC, GAMMA FUNDING SPECIAL LIMITED | : | |
| PARTNER LLC, JV MANAGEMENT LLC, N. | : | |
| RICHARD KALIKOW, JONATHAN KALIKOW, | : | |
| JOHN ILLUZZI, and VAN NGUYEN, | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support

of Defendants' Motion to Dismiss Plaintiff's Complaint and the Declaration of Michael

Berengarten, dated July 13, 2020, and exhibits annexed thereto, Defendants Gamma Real Estate

LLC ("Gamma Real Estate"), GRE JV SLP LLC ("SLP"), Gamma Funding Special Limited

Partner LLC ("Gamma Funding"), JV Management LLC ("JV Management"), N. Richard,

Kalikow, Jonathan Kalikow, John Illuzzi, and Van Nguyen (collectively, the "Individual

Defendants" and together with Gamma Real Estate, SLP, Gamma Funding, and JV Management,

the "Defendants"), will move before the Honorable Mary Kay Vyskocil, United States District

Judge at the United States District Court, Southern District of New York, Daniel Patrick

Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on such a date as

the court will determine, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the second

through seventh causes of action asserted in Plaintiff Richard Kulick's Complaint, filed on May

7, 2020, and thereby dismissing Gamma Real Estate and each of the Individual Defendants from this action in its entirety.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Court's Scheduling Order, filed on July 10, 2020, "[f]urther briefing shall be submitted on the schedule set forth in Local Rule 6.1(b).

Dated:    New York, New York
          July 13, 2020

                                        **HERRICK, FEINSTEIN LLP**


                                        By:   /s/ Michael Berengarten
                                               Carol M. Goodman, Esq.
                                               Michael Berengarten, Esq.
                                               Scott C. Ross, Esq.
                                        2 Park Avenue
                                        New York, New York 10016
                                        (212) 592-1400
                                        *Attorneys for Defendants*
                                        *Gamma Real Estate LLC, GRE JV SLP LLC,*
                                        *Gamma Funding Special Limited Partner*
                                        *LLC, JV Management LLC, N. Richard,*
                                        *Kalikow, Jonathan Kalikow, John Illuzzi,*
                                        *and Van Nguyen*


To:    Aaron Mark Zeisler & Meghan Hennessy Sullivan – Via ECF
       Zeisler PLLC
       800 Third Avenue, Suite 2800
       New York, NY 10022
       Phone: 917-979-4459
       aaron@zeisler-law.com
       meghan@zeisler-law.com
       *Counsel for Plaintiff*

2