UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RICHARD KULICK,

                             Plaintiff,

           against

GAMMA REAL ESTATE LLC, GRE JV SLP
LLC, GAMMA FUNDING SPECIAL LIMITED
PARTNER LLC, JV MANAGEMENT LLC, N.
RICHARD KALIKOW, JONATHAN KALIKOW,
JOHN ILLUZZI, and VAN NGUYEN,

                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No: 1:20-cv-3582 (MKV)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint and the Declaration of Jonathan Kalikow, dated August 17, 2020, and the exhibits annexed thereto, Defendants Gamma Real Estate LLC, GRE JV SLP LLC, Gamma Funding Special Limited Partner LLC, JV Management LLC, N. Richard Kalikow, Jonathan Kalikow, John Illuzzi, and Van Nguyen, will move before the Honorable Mary Kay Vyskocil, United States District Judge at the United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on such a date as the court will determine, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the second, third, fourth, sixth, seventh and eighth causes of action asserted in Plaintiff Richard Kulick's Amended Complaint, filed on May 7, 2020, and thereby dismissing Gamma Real Estate LLC, N. Richard Kalikow and Jonathan Kalikow from this action.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Court's Scheduling Order, filed on July 10, 2020, "[f]urther briefing shall be submitted on the schedule set forth in Local Rule 6.1(b)."

Dated:    New York, New York
          August 17, 2020

                                        HERRICK, FEINSTEIN LLP


                                        By:   /s/ Michael Berengarten
                                              Carol M. Goodman, Esq.
                                              Michael Berengarten, Esq.
                                              Darlene Fairman, Esq.
                                        2 Park Avenue
                                        New York, New York 10016
                                        (212) 592-1400
                                        *Attorneys for Defendants*
                                        *Gamma Real Estate LLC, GRE JV SLP LLC,*
                                        *Gamma Funding Special Limited Partner*
                                        *LLC, JV Management LLC, N. Richard,*
                                        *Kalikow, Jonathan Kalikow, John Illuzzi,*
                                        *and Van Nguyen*


To:    Aaron Mark Zeisler & Meghan Hennessy Sullivan – Via ECF
       Zeisler PLLC
       800 Third Avenue, Suite 2800
       New York, NY 10022
       Phone: 917-979-4459
       aaron@zeisler-law.com
       meghan@zeisler-law.com
       *Counsel for Plaintiff*

2