

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD KULICK,

    Plaintiff,

-against-

GAMMA REAL ESTATE LLC, et al.

    Defendants.

20-CV-3582 (MKV) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The settlement conference originally scheduled for March 2, 2021, is ADJOURNED to **April 5, 2021, at 2:15 p.m.** The parties' updated settlement statements and acknowledgement forms are due April 1, 2021. All other provisions of the Order Scheduling Settlement Conference (Dkt. No. 48) remain in effect.

Dated: New York, New York
       March 3, 2021

                            **SO ORDERED**.

                            _____
                            **BARBARA MOSES**
                            **United States Magistrate Judge**