USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RICHARD KULICK,                                          :
                                                        :
     Plaintiff,                                     :   No. 1:20-cv-3582 (MKV)
                                                        :
     -against-                                      :
                                                        : **STIPULATION OF**
GAMMA REAL ESTATE LLC, GRE JV SLP LLC,                  : **VOLUNTARY DISMISSAL OF**
GAMMA FUNDING SPECIAL LIMITED PARTNER                   : **COUNT III AND COUNT IV OF**
LLC, JV MANAGEMENT LLC, N. RICHARD                      : **THE AMENDED COMPLAINT**
KALIKOW, JONATHAN KALIKOW, JOHN ILLUZZI,                :
and VAN NGUYEN,                                         :
                                                        :
     Defendants.                                    :
------------------------------------------------------------------------ x
GAMMA REAL ESTATE LLC, GRE JV SLP LLC,                  :
GAMMA FUNDING SPECIAL LIMITED                           :
PARTNER LLC, and JV MANAGEMENT LLC,                     :
                                                        :
     Counterclaim-Plaintiffs/Third-Party Plaintiffs,  :
                                                        :
     -against-                                      :
                                                        :
RICHARD KULICK,                                         :
                                                        :
     Counterclaim-Defendant,                        :
                                                        :
BEACON REAL ESTATE GROUP LLC and                        :
CARLOS IMERY,                                           :
                                                        :
Third-Party Defendants.                                 :
------------------------------------------------------------------------ x

    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their

respective counsel that Count III (Unjust Enrichment as to Gamma Real Estate LLC) and Count

IV (Equitable Accounting as to Gamma Real Estate LLC) of the Amended Complaint (ECF No.

20) are voluntarily dismissed with prejudice and without costs, disbursements, or attorneys' fees

to any party.

**ZEISLER PLLC**

By:   /s/ Aaron M. Zeisler

Aaron M. Zeisler
Meghan H. Sullivan
800 Third Avenue, 28th Floor
New York, New York 10022
Tel: (212) 671-1921
aaron@zeisler-law.com
meghan@zeisler-law.com

*Attorneys for Plaintiff/Counterclaim
Defendant Richard Kulick and Third-Party
Defendants Carlos Imery and Beacon Real
Estate Group LLC*

**HERRICK, FEINSTEIN LLP**

By:   /s/ Michael Berengarten

Michael Berengarten
Darlene Fairman
Scott C. Ross
2 Park Avenue
New York, New York 10016
Tel: (212) 592-1400
mberengarten@herrick.com
dfairman@herrick.com
sross@herrick.com

*Attorneys for Defendants/Counterclaim
Plaintiffs/Third-Party Plaintiffs*

**SO ORDERED:**

Hon. Mary Kay Vyskocil
United States District Judge
New York, New York
December 6, 2021