UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :

RICHARD KULICK,                      :  No: 1:20-cv-3582 (MKV)
                              :

                     Plaintiff,   :

                              :  **DEFENDANTS/COUNTERCLAIM**
               against        :  **PLAINTIFFS/THIRD-PARTY**
                              :  **PLAINTIFFS' NOTICE OF MOTION**
GAMMA REAL ESTATE LLC, GRE JV SLP LLC, :  **<u>FOR SUMMARY JUDGMENT</u>**
GAMMA FUNDING SPECIAL LIMITED    :
PARTNER LLC, JV MANAGEMENT LLC, N.    :
RICHARD KALIKOW, JONATHAN KALIKOW,  :
JOHN ILLUZZI, and VAN NGUYEN,     :
                              :

                    Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GAMMA REAL ESTATE LLC, GRE JV SLP LLC, :
GAMMA FUNDING SPECIAL LIMITED    :
PARTNER LLC, JV MANAGEMENT LLC    :
                              :

 Counterclaim-Plaintiffs/Third-Party Plaintiffs,  :
                              :

              against        :

RICHARD KULICK              :

            Counterclaim-Defendant,  :

BEACON REAL ESTATE GROUP LLC and    :
CARLOS E. IMERY             :

           Third-Party Defendants. :
                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that upon the (1) Declaration of Darlene Fairman, Esq. dated

January 20, 2022, and the exhibits attached thereto, (2) Declaration of Jonathan Kalikow dated

January 21, 2022, (3) Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs' Statement Pursuant to

Local Rule 56.1, and (4) accompanying Memorandum of Law, Defendants/Counterclaim

Plaintiffs/Third-Party Plaintiffs Gamma Real Estate LLC, GRE JV SLP LLC, Gamma Funding Special Limited Partner LLC, JV Management LLC, together with Defendants N. Richard Kalikow, Jonathan Kalikow, John Illuzzi and Van Nguyen, by their attorneys, Herrick, Feinstein LLP, will move before the Honorable Mary Kay Vyskocil, United States District Court Judge in the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order pursuant to Fed. R. Civ. P. 56:

(a)   dismissing with prejudice Plaintiff's First, Second, Fifth, Sixth, and Seventh Causes of Action;

(b)   granting summary judgment in favor of Counterclaim Plaintiffs on the First through Fourth Counterclaims;

(c)   granting summary judgment in favor of Third-Party Plaintiffs on the First through Fifth Claims;

(d)   declaring that Defendants/Counterclaim Plaintiffs acted in accordance with the terms of Defendant GRE JV SLP LLC's Operating Agreement by assigning "cause" to Plaintiff's termination and causing GRE JV SLP LLC to terminate and redeem Plaintiff's Class C Membership Interests in GRE JV SLP LLC for the price of $0.01 and, therefore, the termination and redemption of Plaintiff's Class C Membership Interests in GRE JV SLP LLC for the price of $0.01 is valid and enforceable;

(e)   awarding Counterclaim Plaintiffs damages in the amount of $46,752.90 as disgorgement of the salary and value of benefits paid to Plaintiff during the period of his disloyalty, together with pre- and post-judgment interest;

(f)   awarding Counterclaim Plaintiffs/Third-Party Plaintiffs damages in the amount of $873.00 for the value of work performed by an employee of Gamma Real Estate LLC at Kulick's instruction which Counterclaim Defendant and Third-Party Defendants used solely for the benefit of their to-be-formed company, and holding Plaintiff and Third-Party Defendants jointly and severally liable for these damages, together with pre- and post-judgment interest;

(g)   awarding Counterclaim Plaintiffs/Third-Party Plaintiffs damages in the amount of $4,321,229.07 representing the profits they earned from usurping Counterclaim Plaintiffs/Third-Party Plaintiffs corporate opportunity, together with pre- and post-judgment interest, or in the alternative, impressing a constructive trust upon the future earnings of said corporate opportunity;

(h)    directing that Counterclaim Defendant return or destroy all business records of Counterclaim Plaintiffs/Third-Party Plaintiffs, including any related or affiliated entities, in his possession;

(i)    permanently enjoining Counterclaim Defendant and Third-Party Defendants, and any persons or entities acting on their behalf, from using any business records of Counterclaim Plaintiffs/Third-Party Plaintiffs obtained from Counterclaim Defendant on or after February 3, 2020, and compelling them to return or destroy all such business records and any other documents created by them based on or using the business records of Counterclaim Plaintiffs/Third-Party Plaintiffs; and

(j)    granting such other relief as this Court deems just and proper.

Dated: New York, New York
        January 20, 2022

Respectfully submitted,


HERRICK, FEINSTEIN LLP


By:  /s/ Michael Berengarten
        Michael Berengarten
        Darlene Fairman
        Scott C. Ross
2 Park Avenue
New York, New York 10016
(212) 592-1400
mberengarten@herrick.com
sross@herrick.com
dfairman@herrick.com

*Attorneys for Defendants*
*Gamma Real Estate LLC, GRE JV SLP LLC,*
*Gamma Funding Special Limited Partner*
*LLC, JV Management LLC, N. Richard,*
*Kalikow, Jonathan Kalikow, John Illuzzi,*
*and Van Nguyen*

3

HF 14169867v.1