UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

RICHARD KULICK,

        Plaintiff,

            -against-

GAMMA REAL ESTATE LLC, GRE JV SLP LLC,
GAMMA FUNDING SPECIAL LIMITED PARTNER
LLC, JV MANAGEMENT LLC, N. RICHARD
KALIKOW, JONATHAN KALIKOW, JOHN ILLUZZI,
and VAN NGUYEN,

        Defendants.

: No. 1:20-cv-3582 (MKV)

: **PLAINTIFF/COUNTERCLAIM-**
: **DEFENDANT/THIRD-PARTY**
: **DEFENDANTS' NOTICE OF**
: **MOTION FOR SUMMARY**
: **JUDGMENT**

------------------------------------------------------------------------ x

GAMMA REAL ESTATE LLC, GRE JV SLP LLC,
GAMMA FUNDING SPECIAL LIMITED
PARTNER LLC, and JV MANAGEMENT LLC,

        Counterclaim-Plaintiffs/Third-Party Plaintiffs,

            -against-

RICHARD KULICK,

        Counterclaim-Defendant,

BEACON REAL ESTATE GROUP LLC and
CARLOS IMERY,

        Third-Party Defendants.

------------------------------------------------------------------------ x

PLEASE TAKE NOTICE that upon the (1) Declaration of Aaron M. Zeisler, Esq., dated

January 21, 2022, and the exhibits attached thereto, (2) Declaration of Richard Kulick, dated

January 21, 2022, (3) Plaintiff/Counterclaim-Defendant/Third-Party Defendants' Statement

Pursuant to Local Rule 56.1, and (4) accompanying Memorandum of Law, Plaintiff/Counterclaim-

Defendant Richard Kulick, together with Third-Party Defendants Beacon Real Estate Group LLC

and Carlos Imery, by their attorneys Zeisler PLLC, will move before the Honorable Mary Kay

Vyskocil, United States District Court Judge in the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order pursuant to Fed. R. Civ. P. 56:

(a) granting summary judgment in favor of Plaintiff on Plaintiff's First, Second, Fifth, Sixth and Seventh Causes of Action;

(b) granting summary judgment in favor of Third-Party Defendants on Third-Party Plaintiffs' First through Fifth Claims;

(c) granting summary judgment in favor of Counterclaim-Defendant on Counterclaim-Plaintiffs' First through Fourth Counterclaims;

(d) awarding Plaintiff damages in the amount of $1,554,518.07 as his share of promote income for the sales of Stone Ridge, Whitehall, Elan, Parmer, Carrington, and Windsor properties as identified herein, as well as pre- and post-judgment interest on such amount;

(e) awarding Plaintiff damages calculated as 20% of all promote income earned from the sale of Aventine, 12.5% of the promote income earned from the sale of Pencil Factory, and 20% of the promote income earned from the sale of Highland;

(f) awarding Plaintiff attorneys' fees pursuant to the contractual provisions identified in Plaintiff's accompanying Memorandum of Law;

(g) ordering such other relief as this Court deems necessary and proper.

Dated: New York, New York
   January 21, 2022       ZEISLER PLLC


By:  /s/ Aaron M. Zeisler
   Aaron M. Zeisler
   Meghan H. Sullivan
45 Rockefeller Plaza, 20th Floor
New York, New York 10111
Tel: (212) 671-1921
aaron@zeisler-law.com
meghan@zeisler-law.com

*Attorneys for Plaintiff/Counterclaim Defendant Richard Kulick and Third-Party Defendants Beacon Real Estate Group LLC and Carlos Imery*